FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUL 18 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUIS ENRIQUE SANCHEZ, AKA Enrique Cruz Sanchez, AKA Luis Llamas Sanchez, AKA Luis Charles Sanchez, AKA Enrique Sanchez Cruz, AKA Luis Enrique Sanchez Llamas,<br><br>              Petitioner,<br><br>  v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>              Respondent. | No.   14-71768<br><br>Agency No. A076-359-028<br><br>ORDER |

Before:  WARDLAW, PAEZ, and CHRISTEN, Circuit Judges.

The opinion and concurring opinions filed August 30, 2017, and appearing at 870 F.3d 901 (9th Cir. 2017), are withdrawn.  They may not be cited by or to this court or any district court of the Ninth Circuit.  A new disposition will be filed in due course.  Accordingly, the government's petition for rehearing en banc is DENIED as moot.  Subsequent petitions for rehearing and petitions for rehearing en banc may be filed following the filing of a new disposition.